## PADGETT et al. v. HAWKINS.

*Atkinson, J.*—1. The plaintiff having shown complete title in himself, and the defendants relying upon a sale under a tax execution, which was void for the reason stated in the case of *Leonard* v. *Pilkinton*, 99 *Ga.* 738, there was no error in directing a verdict in the plaintiff's favor for the premises in dispute, and for mesne profits, it appearing that the amount of the latter, if allowable, had been fixed by an agreement between the counsel for the parties.

2. It is unnecessary to deal with the minor questions not affecting the real merits of the case.		*Judgment affirmed.*

Submitted November 30,—Decided December 17, 1896.

Equitable petition. Before Judge Sweat. Appling superior court. January 8, 1896.

*E. P. Padgett*, for plaintiffs in error.

*G. J. Holton & Son*, contra.